UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA, NORFOLK DIVISION

FILED
JAN 29 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

MICHAEL McCLOUD, PRO-SE, PLAINTIFF,
1270-16TH STREET, NEWPORT NEWS, VIRGINIA,
23607. (757-243-6148),

v.

THOMAS R. DAVIS, DIRECTOR OF U.S.
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
451-7TH STREET, S.W. WASHINGTON, D.C. 20410,
(202-402-7549) IN HIS OFFICIAL AND IN HIS INDIVIDUAL
CAPACITY,

DEFENDANT.

And

D.B. FRYE, JR. 300-WEST FREEMASON STREET,
NORFOLK, VIRGINIA, 23510. (757-627-1980),
IN HIS OFFICIAL AND IN HIS INDIVIDUAL CAPACITY,

DEFENDANT.

COMPLAINT

CASE NO. 4:21cv15

## JURIDICTION

1. Title 42 U.S.C. Section-1983 Civil Rights and U.S. Fair Housing Act of 1968 and 42 U.S.C. Section-3601, et seq. Rights, Discrimination Protection Rights and U.S. 14th Constitutional Amendment Equal Protection Rights.
2. Plaintiff is a United States Citizen. Plaintiff gave Stuart Gardens Apartments Management, whom is owned by Frye Jr., a copy of his birth certificate.
3. Defendant, Thomas R. Davis is the Director whom is in Charge of the Operation and Management of The United States Department of Housing and Urban Development that covers the State of Virginia and He is liable and responsible for the Operation and Management of Stuart Gardens Apartments pursuant to His duties as The Director of H.U.D.
4. Defendant, D.B. Frye, Jr., own Stuart Gardens Apartments and He is the employer of Stuart Gardens Apartments employees and He is directly and or in-directly responsible and He is liable for the actions and conducts of His employees at Stuart Gardens Apartments.

### DESCRIPTION OF PLAINTIFF'S COMPLAINT:

(a). On June 11, 2014 I became a tenant at Stuart Gardens Apartments, Newport News, Virginia, at Apartment #1270-16th Street, Newport News, Virginia, 23607; pursuant to The United States Department of Housing and Urban Development, Section-8 whom are contracted to conduct business with Stuart Gardens Apartments that are owned by D.B. Frye, Jr.

(b). August 8, 2020 at about 2:00 p.m. as I was exiting the front door of my apartment at 1270-16th Street, Newport News, Virginia, 23607, (My Apartment), Ms. Tonya and Ms, Tracy were sitting on the back porch of Ms. Tonya's apartment whom lives at 1229-Garden Drive, Newport News, Va., (Ms. Tracy lives at 1258-16th Street, N.N. Va.) at that time and date, Ms. Tracy and Ms. Tonya yelled aloud to me, saying hello CRAZY MAN. I walked over to where they were sitting and I asked Ms. Tonya and Ms. Tracy how did you two ladies know I have a mental disability and Ms. Tonya and Ms. Tracy stated our girl-friend Kelly Brunson told us that you are a crazy man and to stay away from you.

(c). On August 20, 2020 I was assaulted by Ms. Lanora K. Macon and Ms. Dominique Richardson after I exited my car on 16th Street, N.N. Va., I filed a police report #2020-57672 and I filed orders of protections against Ms. Macon and Ms. Richardson on August 20, 2020.

(d). On August 27, 2020 both of my vehicles were damaged via stabbings of my vehicles tires on 16th Street, N.N. Va. I filed a police report No.2020-57790.

(e). September 9, 2020 I was cooking Hot Dogs Franks on my grill near my back door steps and my vehicle was parked there also, because I were un-loading food from my vehicle, due to my physical disability, and Ms. Kelly Brunson walked over to me and stated: "No grill are allowed on Stuart Gardens Apartments Property and no vehicle are allowed to be parked on Stuart Gardens Apartments Property other than in the parking lot, you will be evicted if you do not remove this grill and your vehicle, right now.

(f). On November 6, 2020 I went to the Stuart Gardens Apartments office to complain to Ms. Brunson (Ms. Kelly Brunson is the Manager at Stuart Gardens Apartments) and as I exited the door of her office, John Doe #1 and John Doe #2 and John Doe #3, were waiting on me in the parking lot of Ms. Brunson's office. All three John Does are employees at Stuart Gardens Apartments.

And John Doe #1 stated to me I am going to get my gun out of my car and prove to you who is the boss at Stuart Gardens Apartments and as I begin backing away toward to vehicle to run away, then John Doe #1 and John Doe #2 and John Doe #3 all stated to me, stop backing away, stand there.

(g). I fear John Does #1 and #2 and #3. I feels being threaten by their actions as herein stated.

(h). On December 25, 2020 Ms. Tonya and Ms. Tracy and about five of their friends were at Ms. Tonya's apartment and they were yelling at me as I sat on my back porch of my apartment...crazy man..crazy man..repeatedly and laughing at me. I felt deeply Humiliated and ashame about what they were saying to me.

(i). On about August 31, 2020 Ms. Brunson called me on the phone and told me if I didn't give her a $30.00 money order for parking stickers for my two vehicles she will have them towed off of Stuart Gardens Apartments Property. (I gave her the $30.00 Money Order).

(j). Ms. Brunson allows tenants and or non-tenants to park their vehicles on Stuart Gardens Apartments Property without parking stickers. I fear retaliations if I mention who these peoples are. (The evidence are in the parking lots).

(k). Ms. Brunson allows tenants and or non-tenants to park their vehicles on Stuart Gardens Apartment Property other than the parking lot. See hereto exhibit-A.

(l). Ms. Brunson allows other tenants to use grills on Stuart Gardens Apartments Property. (The evidence are at other tenants apartments, also, I fear retaliations if I mention who those tenants are...

(m). Ms. Brunson violates Title 42 U.S.C. Section-1983 Civil Rights and U.S. Fair Housing Act of 1968 and 42 U.S.C. Section-3601, et seq. Rights Discrimination Protection Rights and U.S. 14th Constitutional Amendment Equal Protection Rights.

When she unlawfully and illegally discuss my mental health disability with other tenants at Stuart Gardens Apartments and when She threaten to take action against me for not paying her for parking stickers for my vehicles and when She threaten to take action against me for parking on the property other than the parking lot and when She threaten to take action against me for using a grill.

(N). This all as stated herein, voided and violated the terms of the lease agreements I made with both defendants, noted herein.

(O). Both defendants knew about the major claims I makes herein based on the prior grievance(s) complaint(s) I filed with them and as of to date I have not received and response to my grievance(s) Complaint(s). See hereto exhibit-C.

(p). Defendant Davis and Defendant Fryer, Jr., has the authority and power to grant the relief(s) herein requested.

RELIEFS SOUGHT:

1. That no form of retaliation be taken against me by no one for filing this legal and lawful Civil Rights Violations Law Suit.

2. Jury Trial Demanded.
3. That I be given/afforded my H.U.D. Section-8 Voucher, that I legally qualified/earned, to use it to live any where I deem to be a safe resident, etc. etc. etc.
4. That $2,000.00 rent money I paid to Stuart Gardens Apartments from August 2020 to present date be returned back to me, based on the facts of this claim.
5. That I be awarded One Million Dollars based on the facts of this claim...mental anguish, fear, intimidations, threats, etc. etc. etc..

Dated: January 26, 2021.

Respectfully submitted,

*Michael McCloud*

MICHAEL McCLOUD, PRO-SE, PLAINTIFF,
1270-16TH STREET, NEWPORT NEWS, VA., 23607.
(757-243-6148).

-4-